

**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**

*Page 1 of 1*

***27-Nov-2023***

PLAINTIFF'S EXHIBIT **A**

**Customer**

ANDY'S DINER
505 WEST RIDGE PIKE

CONSHOHOCKEN, PA  19428

| Account# | Total Due | Current |
|---|---|---|
| 1232 | $4,553.26 | $0.00 |

| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $2,778.29 | $1,774.97 |

| *Invoice* | *Invoice Date* | **Due Date** | Type | *Invoice Amt* | *Amount Due* | Status | *P.O. Number* |
|---|---|---|---|---|---|---|---|
| 2025053 | 8-Aug-22 | **8-Aug-22** | IN | $922.30 | **$600.00** | Delinquent | |
| 2032337 | 10-Jul-23 | **10-Jul-23** | IN | $1,218.74 | **$99.00** | Delinquent | |
| 2032605 | 24-Jul-23 | **24-Jul-23** | IN | $858.29 | **$858.29** | Delinquent | |
| 2032591 | 25-Jul-23 | **25-Jul-23** | IN | $217.68 | **$217.68** | Delinquent | |
| 2032729 | 31-Jul-23 | **31-Jul-23** | IN | $762.40 | **$762.40** | Delinquent | |
| 2032859 | 7-Aug-23 | **7-Aug-23** | IN | $1,138.60 | **$1,138.60** | Delinquent | |
| 2032994 | 14-Aug-23 | **14-Aug-23** | IN | $877.29 | **$877.29** | Delinquent | |