# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: <br><br> Tri-State Paper, Inc., <br><br>     Debtor. | Case No. 23-13237-pmm <br><br> Chapter 11 |
| Tri-State Paper, Inc., <br><br>     Plaintiff, <br><br> v. <br><br> Maya Diner Inc., <br><br>     Defendant. | Adversary No. 24-00014-pmm |

**Plaintiff's Request for Entry of Default
Against Defendant Maya Diner Inc.**

To the Clerk of Court:

    Defendant Maya Diner Inc. has failed to appear, plead, or otherwise defend against Plaintiff Tri-State Paper, Inc.'s complaint for judgment for affirmative relief within the time allowed and is therefore in default as evidenced by the record and the declaration attached as Exhibit A.

    Consequently, you must enter default against Defendant Maya Diner Inc. pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a).

Date: March 28, 2024

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: /s/ Michael I. Assad
Michael A. Cibik (#23110)
Michael I. Assad (#330937)
E.J. Gruber (#334339)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>      Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>Maya Diner Inc.,<br><br>      Defendant. | Adversary No. 24-00014-pmm |

**Exhibit A**
**Declaration in Support of Plaintiff's Request for Entry of Default**

I, Michael I. Assad, declare as follows:

1. I am the attorney for Plaintiff Tri-State Paper, Inc. in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The complaint was filed on January 29, 2024, and the summons was filed on January 30, 2024.

3. The Defendant was served with a copy of the summons and complaint on February 2, 2024 as reflected on the docket by the proof of service filed on that date.

4. An answer to the complaint was due on February 29, 2024.

5. The Defendant has failed to appear, plead, or otherwise defend within the time allowed and, therefore, is now in default.

6. The Plaintiff requests that the clerk of court enter default against the Defendant.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: March 29, 2024

                                                       /s/ Michael I. Assad
                                                Michael I. Assad (#330937)