*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri−State Paper, Inc.<br>Debtor(s) | )<br>)<br>) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Maya Diner Inc.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 24−00014−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, against Maya Diner Inc. it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Tri−State Paper, Inc., Plaintiff, in the amount of Four thousand five hundred fifty three dollars and twenty six cents ($4,553.26), plus costs in the amount of Three hundred fifty dollars and zero cents ($350.00), for a total of Four thousand nine hundred and three dollars and twenty six cents ($4,903.26) sum certain

Date: April 30, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court